**Order entered August 13, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00912-CV

### EDUARDO WILKINSON, MD, Appellant

### V.

### CAROLINE WILKINSON, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02145-2013**

## ORDER

We **GRANT** appellant's July 14, 2014 motion for an extension of time to file his notice of appeal. The notice of appeal filed on July 14, 2014 is deemed timely for jurisdictional purposes.

Appellant's brief is due September 8, 2014.

/s/     ADA BROWN
            JUSTICE